United States Bankruptcy Court
Middle District of Georgia

| | |
|---|---|
| IN RE:<br>Charles Franklin Grier<br>4223 Empire St.<br>Columbus, GA 31907-3943 | Chapter 13<br><br>Case No. 12-40854-JTL |

Transmittal of Unclaimed Funds

Now comes the Chapter 13 Trustee and transmits to Kyle George, Clerk of the United States Bankruptcy Court, the sum of $482.47 in unclaimed funds of Unifund Ccr Partners, creditor.

Last Known Address (Most recent listed left to right):

Unifund Ccr Partners
C/O Frederick J. Hanna And Associates
2253  Northwest Parkway
Marietta,GA 30067

Dated: 3/16/2016

/s/ A. Kristin Hurst

A. Kristin Hurst. Trustee